FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Nov 13 2022

KEVIN P. WEIMER, Clerk

By: s/Angela Smith
    Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

William Allen Liebisch

**CRIMINAL COMPLAINT**

Case Number: 1:22-MJ-956

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 11, 2022 in Clayton County, in the Northern District of Georgia and elsewhere, defendant did, while on Frontier Airline Flight 1761, an aircraft in the special aircraft jurisdiction of the United States flying from Cincinnati, Ohio, to Tampa, Florida, interfere with the performance of the duties of a flight crew member or flight attendant of the aircraft, by assaulting or intimidating the member or attendant, in that defendant displayed a box cutter, causing the flight to make an emergency landing at Hartsfield-Jackson Atlanta International Airport,

in violation of Title 49, United States Code, Section(s) 46504.

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Brian Schlossberg

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

November 13, 2022                                at   Atlanta, Georgia
Date                                                  City and State

CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE           _____
Name and Title of Judicial Officer               Signature of Judicial Officer
AUSA Paul R. Jones
Paul.Jones@usdoj.gov

## AFFIDAVIT

I, Brian Schlossberg, depose and say under penalty of perjury:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint charging William Allen Liebisch for a violation of Title 49, United States Code, Section 46504 (Interference with Flight Crew Members and Attendants).

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest of and does not purport to set for all of my knowledge of the investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF FBI SPECIAL AGENT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since 2004. I am assigned to the Airport Squad at Hartsfield-Jackson Atlanta International Airport and as part of my duties and responsibilities, I investigate violations of federal law that occur within the airport environment and aboard aircraft. In my duties as a special agent, I have conducted multiple criminal and counterterrorism investigations.

1

As a result of my experiences in these investigations, I am familiar with the motives, strategy, tactics and methods of those engaged in these types of criminal activities.

4. My experience includes interviewing victims, subjects, and witnesses, gathering documents, analyzing video footage, assisting with the execution of search warrants, assisting with the execution of arrest warrants, conducting surveillance, and serving grand jury subpoenas. I also received training in complex investigations while attending the FBI Special Agent Academy in Quantico, Virginia.

### III. SUMMARY OF PROBABLE CAUSE

5. On November 11, 2022, William Allen Liebisch was traveling as a passenger on board Frontier Airlines flight 1761, which had departed Cincinnati/Northern Kentucky International Airport (CVG) and was scheduled to arrive at Tampa International Airport (TPA). This flight never made it to TPA as it was diverted to Hartsfield-Jackson Atlanta International Airport (HJAIA).

6. Interviews conducted of the flight crew and passengers summarily provided that Liebisch, identified as a white male dressed in a blue jacket who was standing in the rear of the plane, brandished a large box cutter. He told a passenger that he was going to "stab someone on this plane."

7. Flight 1761 requested an emergency diversion to HJAIA based on this incident and was granted permission to do so.

8. The Atlanta Police Department (APD) was dispatched to HJAIA gate E2 and met the aircraft upon its arrival.

9. APD officers assessed the situation and observed Liebisch standing at the rear of the aircraft and holding an unidentifiable object in his hand. APD officers ordered the flight crew to immediately de-plane all the passengers, which they did. All the passengers complied except for Liebisch as well as two other male passengers, who remained in their seats.

10. As the final passengers were walking off the plane, the flight attendants alerted law enforcement that Liebisch was running towards the front of the aircraft. Liebisch was then tackled from behind by one (1) male passenger.

11. APD swiftly placed Liebisch into handcuffs and detained him. Upon a search of his person, a yellow handled DeWalt box cutter was located in his right jacket pocket.

12. During transport to the APD precinct at HJAIA, Liebisch was acting in an aggressive manner.

13. During a post-arrest inventory search of Liebisch's personal effects another box cutter was discovered, this one a red handled Pro-Grade box cutter.

## IV. CONCLUSION

8. For all the reasons described above, there is probable cause to believe that William Allen Liebisch has violated Title 49, United States Code, Section 46504, in that, while on an aircraft in the special aircraft jurisdiction of the United States, interfered with the performance of the duties of a flight crew member or flight attendant by intimidating the member or attendant.