AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF TEMPORARY DETENTION** |
| V. | **PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| WILLIAM ALLEN LIEBISCH | Case Number: 1:22-mj-956 |
| *Defendant* | |

Upon motion of the _____U. S. GOVERNMENT_____, it is ORDERED that a detention hearing is set _____November 18, 2022_____ * at _____10:00 a.m._____
*Date* *Time*

before _____JUSTIN S. ANAND_____
*Name of Judicial Officer*

Courtroom 1875, U. S. Courthouse 75 Ted Turner Drive, S.W., Atlanta, GA 30303

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) _____ and produced for the
*Other Custodial Official*

Date: __November 14, 2022__

_____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.